```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :    Misdemeanor
                                        INFORMATION
        -v.-                            08 CRIM 481
ROBERT FINN,                       :

              Defendant.           :
- - - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

From in or about September 2007, up to and including on or about March 19, 2008, in the Southern District of New York and elsewhere, ROBERT FINN, the defendant, being 18 years of age and over, unlawfully, willfully and knowingly, and with intent to defraud, did make, utter, insert, and use any paper, and other thing similar in size and shape to any of the lawful coins and other currency of the United States, and any coin and other currency not legal tender in the United States, to procure anything of value, to wit, FINN paid for merchandise and services using counterfeit United States currency.

(Title 18, United States Code, Section 491.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 29 2008

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

ROBERT FINN,

Defendant.

INFORMATION

(18 U.S.C. § 491.)

MICHAEL J. GARCIA
United States Attorney.