

# M E M O R A N D U M

**MEMO ENDORSED**

To:   Honorable Douglas F. Eaton
      U.S. Magistrate Judge

Fr:   Tracy Amaladas
      U.S. Pretrial Services Officer

Re:   Finn, Robert
      08-CR-481

Date: July 23, 2008



This memorandum will serve to provide the Court with updated information regarding the defendant.

The defendant was arrested on 3/19/08 pursuant to a complaint charging him with Passing Counterfeit Obligations or Securities. On 3/20/08, the defendant made his initial appearance before the Honorable Henry B. Pitman, U.S. Magistrate Judge, and was released on the following bail conditions: $50,000 Personal Recognizance Bond co-signed by the defendant's mother; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents/no new applications; enroll in a GED preparation program, and routine PSA supervision. On 4/10/08, the defendant's bail was modified by the Honorable James C. Francis, U.S. Magistrate Judge, replacing the signature of the defendant's mother with that of his aunt, Eurydice Robinson. On 7/9/08, the defendant plead guilty to a misdemeanor information before Your Honor and awaits sentencing scheduled for 10/15/08.

On 7/16/08, USSS Special Agent Kenworthy informed the undersigned officer that a warrant was issued on 7/10/08 in the Eastern District of Pennsylvania pursuant to an Indictment which alleges that on or about 2/18/08-3/3/08 the defendant conspired and did pass counterfeit currency. The defendant appeared in that district for initial presentment on 7/22/08 before the Honorable Elizabeth T. Hey, U.S. Magistrate Judge, and was released on the same conditions that were set in the Southern District of New York with the added condition that his travel be extended to include the Eastern District of Pennsylvania. No upcoming court date has been scheduled.

An updated record check conducted on July 23, 2008 reflects the above noted charges from the Eastern District of Pennsylvania. Other than the aforementioned, the defendant remains compliant.

USDC SDNY
DATE SCANNED 7/29/08

Re: US v. Robert Finn
08 CR 481 (DFE)

Pretrial Services is not requesting any action at this time. We will continue to monitor this defendant and will provide the court with a status report, if necessary. Additionally, given the pending charges in the Eastern District of Pennsylvania, PSA requests that the defendant's bail be modified to include travel to the Eastern District of Pennsylvania for court only.

Reviewed by,

Regina Joyner
Supvisory Pretrial Services Officer

Respectfully submitted:

Michael Fitzpatrick, Chief
U.S. Pretrial Services Officer

Tracy Amaladas
U.S. Pretrial Services Officer

cc. AUSA Glenn A. Kopp
    Defense Counsel Mark B. Gombiner

7/28/08 – I grant this request.
Douglas F. Eaton, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**MEMO ENDORSED**

USDC SDNY
DATE SCANNED 7/29/08