Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/09

December 29, 2008

12/30/08 — I grant this request but I will not grant any further adjournment. I direct Robert Finn to appear for sentencing in Courtroom 18A on Monday, March 2, 2009 at 2:30 P.M. sharp.

Douglas F. Eaton

Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Robert Finn**
**08 Cr. 481 ~~(DEF)~~ (DFE)**

Your Honor:

With the consent of the government, I am writing to request that the sentencing of Mr. Finn, presently scheduled for January 21, 2009, be adjourned until March 2, 2009 or later. I am requesting the adjournment because I am scheduled to begin trial before Judge Marrero in the matter of United States v. Norman Hsu, 07 Cr. 1066 (VM) on January 12, 2009. The trial is anticipated to last several weeks and I have a vacation scheduled from February 13, 2009 until February 22, 2009.

As noted, the government consents to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Mark B. Gombiner
Attorney for Robert Finn

cc: A.U.S.A. Glenn Kopp

USDC SDNY
DATE SCANNED 1/5/09