Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

RECEIVED
JUN 18 2009
DOUGLAS ...
U.S. ...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED #: 7-8-09

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 18, 2009

6/18/09 — 1. I direct the Pre Trial Services Office to hold Mr. Finn's passport until further order from me.
2. I direct AUSA Kopp to consult with the officer who is supervising Mr. Finn's 1000 hours of community service, and to advise me by June 26, 2009 whether the Government has any objection to returning the passport to Mr. Finn.
Douglas F. Eaton

**By Hand & Facsimile**

Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 1360
New York, NY 10007

**Re:** **United States v. Robert Finn**
**08 Cr. 481 (DFE)**

Your Honor:

On March 4, 2009, the Court sentenced Mr. Finn to a term of three years probation and related conditions, following his plea of guilty to one count of a violation of Title 18, U.S.C. § 472. There have been no issues with Mr. Finn's supervision.

Prior to sentencing, Mr. Finn had been released on bail conditions that included surrender of all travel documents. To satisfy this condition, Mr. Finn surrendered his United States Passport to Pretrial Services.

Because he is serving his sentence, Mr. Finn is no longer on Pretrial release. However, the Pretrial Services Office has informed me that they intend to return Mr. Finn's passport to the United States State Department by tomorrow unless the Court issues an Order directing that the passport be returned to Mr. Finn.

I am not aware of any authority that allows the Pretrial Services Office to return a defendant's passport to the State Department once he is no longer on pretrial release. However, to expedite matters, I request the Court to endorse this letter as an Order directing Pretrial Services to return Mr. Finn's passport to him.

7/8/09 - The Government has no objection, and I now direct the PreTrial Services Office to return the passport to Mr. Finn.
Douglas F. Eaton

Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York

June 18, 2009


**Re:** **<u>United States v. Robert Finn</u>**
**08 Cr. 481 (DFE)**

Thank you very much for your attention to this matter.

Respectfully submitted,

Mark B. Gombiner
Attorney for **Robert Finn**

cc: Glenn Kopp, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Tracy Amaladas
United States Pretrial Officer
United States Pretrial Services
Southern District of New York
500 Pearl Street
New York, NY 10007